UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES,
:
: 14 Cr. 055 (LGS)
:
-against- : ORDER
:
DONALD CARR, :
Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 3, 2020, Defendant moved by email to Chambers for compassionate release pursuant to 18 U.S.C. § 3582(c) and § 4205(g). It is hereby

**ORDERED** that the Government shall respond by email to Chambers as soon as possible and in any event no later than **April 6, 2020**.

Dated: April 3, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**