# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

| | | |
|---|---|---|
| CYNTHIA ROLLINGS | TEL: (212) 490-0400 | COUNSEL |
| JONATHAN MOORE | FAX: (212) 277-5880 | BRUCE E. TRAUNER |
| JONATHAN K. POLLACK | WEBSITE: blhny.com | PETER S. MATORIN |
| HENRY A. DLUGACZ | | KAREN L. DIPPOLD |
| STEPHEN J. BLUMERT | | JEFFREY A. GREENBERG |
| MARC A. CANNAN | | MARJORY D. FIELDS |
| DAVID B. RANKIN | | EMILY JANE GOODMAN |
| LUNA DROUBI | | (JUSTICE, NYS SUPREME COURT, RET.) |
| MYRON BELDOCK (1929-2016) | | FRANK HANDELMAN |
| LAWRENCE S. LEVINE (1934-2004) | | |
| ELLIOT L. HOFFMAN (1929-2016) | | REF: |

WRITER'S DIRECT DIAL:
917-572-9706

**VIA ECF**

April 6, 2020

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Donald Carr*, 14 Cr. 055 (LGS)

Dear Judge Schofield:

    I am writing at the suggestion of the Southern District CJA clerk's office to request that you issue an Order reappointing me to represent Donald Carr in this matter. I represented Mr. Carr before you beginning with his arrest in 2014 and continuing to his sentencing. In September 2019 I began to assist him again involving sentencing issues, and am now working on COVID-19 issues, including the motion for compassionate release/sentence reduction now pending before you.

    Accordingly, I would respectfully request that Your Honor reappoint me as his counsel as of September 17, 2019.

    Thank you for your kind consideration.

                                            Sincerely,

                                            /s/ Frank Handelman

                                            Frank Handelman

Enc.

cc:    AUSA Edward B. Diskant (via email)