# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:
917-572-9706

**VIA ECF**

April 6, 2020

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *United States v. Donald Carr*, 14 Cr. 055 (LGS)

Dear Judge Schofield:

     I am writing at the suggestion of the Southern District CJA clerk's office to request that you issue an Order reappointing me to represent Donald Carr in this matter. I represented Mr. Carr before you beginning with his arrest in 2014 and continuing to his sentencing. In September 2019 I began to assist him again involving sentencing issues, and am now working on COVID-19 issues, including the motion for compassionate release/sentence reduction now pending before you.

     Accordingly, I would respectfully request that Your Honor reappoint me as his counsel as of September 17, 2019.

     Thank you for your kind consideration.

Whereas Mr. Handelman is no longer on the CJA panel and should have sought appointment prior to performing any additional services in this case. By noon on April 7, 2020, Mr. Handelman shall submit an invoice outlining what services have been performed since September 2019 and the associated costs for these services.

Dated: April 7, 2020
New York, New York

Sincerely,

/s/ Frank Handelman

Frank Handelman
Enc.

c c :    AUSA Edward B. Diskant (via email)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE